■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD EARL, APPELLANT. [648 NYS2d 356] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Violation of Probation.) Present—Pine, J. P., Lawton, Fallon, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID JACKSON, Appellant. [648 NYS2d 194] —Judgment unanimously affirmed. Memorandum: Defendant contends that he was denied due process because the police engaged in egregious conduct that effectively manufactured a crime that he otherwise would not have committed. We disagree (*see, People v Mann,* 231 AD2d 914 [decided herewith]; *cf., People v Isaacson,* 44 NY2d 511, *rearg denied* 45 NY2d 776). The undercover officer's repeated attempts to consummate the two sales of cocaine resulted from the efforts by defendant to control the manner and location of the transaction and his exercise of extreme caution to avoid being caught.

We further conclude that the sentence is not unduly harsh or severe. (Appeal from Judgment of Erie County Court, D'Amico, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Fallon, Balio and Davis, JJ.

■ In the Matter of SAMUEL SAUNDERS, Petitioner, v PHILIP COOMBE, JR., as Acting Commissioner of New York State Department of Correctional Services, Respondent. [648 NYS2d 356] —Determination unanimously confirmed without costs and petition dismissed (*see, Matter of Perez v Coombe,* 224 AD2d 1035). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Pine, J. P., Lawton, Fallon, Balio and Davis, JJ.